■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYHEEM MILLS, Appellant. [647 NYS2d 974] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 31, 1994 *(People v Mills, 200 AD2d 771),* affirming a judgment of the Supreme Court, Kings County, rendered February 7, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes, 463 US 745).* O'Brien, J. P., Ritter, Thompson and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS MOORE, Appellant. [647 NYS2d 953] —Appeal by the defendant from (1) a judgment of the Supreme Court, Queens County (Robinson, J.), rendered February 7, 1994, convicting him of criminal sale of a controlled substance in the fifth degree under Indictment No. 11438/93, and (2) a judgment of the same court (Roman, J.), rendered April 22, 1994, convicting him of attempted criminal possession of a controlled substance in the third degree under Indictment No. 10006/94, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

Appellate review of the issues raised by the defendant was effectively waived by him as part of his plea agreement. In any event, the defendant received his agreed-upon sentences and may not now complain of their excessiveness *(see, People v Kazepis, 101 AD2d 816).* Accordingly, the judgments of conviction are affirmed *(see, People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1).* Mangano, P. J., Rosenblatt, Ritter, Santucci and Krausman, JJ., concur.